NUMBER 13-02-111-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


ANA REBECCA GOMEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from County Court at Law No. 2


of Victoria County, Texas.


_______________________________________________________


MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez

and Benavides

Memorandum Opinion Per Curiam


 Appellant, ANA REBECCA GOMEZ, perfected an appeal from a judgment entered
by County Court at Law No. 2 of Victoria County, Texas, in cause number 2-76,746. On
May 22, 2003, this cause was abated, and the trial court was directed to conduct a hearing
in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on June 11, 2003. The trial court found that the appellant
was not indigent and had not been diligent in prosecuting her appeal. In a previous
abatement hearing, the trial court gave appellant thirty days to order the record and retain
an attorney to prosecute her appeal. The trial court recommended to this Court that, if
appellant failed to comply with this deadline that she be determined to have not exercised
due diligence in prosecuting her appeal and that she be deemed to have abandoned her
appeal. Appellant failed to comply with this deadline, and there has been no further
activity in her appeal. Accordingly, it appears that she has abandoned her appeal. 

 The Court, having considered the documents on file and the trial court's findings and
recommendations and appellant's failure to prosecute her appeal, is of the opinion that the
appeal should be dismissed. The appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 11th day of October, 2007.